IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANTANDER BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No: 2:19-cv-00088 |
| | § | |
| EMPYREAN AUTO GROUP, LLC, | § | |
| BASIN SUBARU, LLC, RONALD J. | § | |
| LILLARD, and PETE MARTINEZ, JR., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT CREDITOR SANTANDER BANK, N.A.'S REQUEST FOR PRODUCTION TO JUDGMENT DEBTORS EMPYREAN AUTO GROUP, LLC, and RONALD J. LILLARD

TO:    Judgment Debtors, Empyrean Auto Group, LLC,  by and through its registered agent, Ronnie Lillard and Ronald J. Lillard at 3615 S. Padre Island Dr., Corpus Christi, TX 78415.

Pursuant to Federal Rule of Civil Procedure 69(a)(2), Judgement Creditor, Santander Bank, N.A. submits its Request for Production to Judgment Debtors Empyrean Auto Group, LLC, and Ronald J. Lillard ("Judgment Debtors"). Judgment Debtors' responses shall be made separately and fully, in writing, within thirty (30) days of service hereof. Judgment Debtors' responses and documents shall be served on Judgment Creditor through its attorney of record, Stephanie H. Cook, COKINOS | YOUNG, Las Cimas IV, 900 S. Capital of Texas Highway, Suite 425, Austin, Texas 78746.

EXHIBIT B

Dated this 21st day of March 2023.

Respectfully submitted,

COKINOS | YOUNG

Las Cimas IV
900 S. Capital of Texas Highway
Suite 425
Austin, Texas 78746
(512) 476-1198 (Direct)
(512) 610-1184 (Fax)

By: _/s/ Stephanie H. Cook_
STEPHANIE H. COOK
Attorney in Charge
S.D. No. 396487
State Bar No. 24013071
scook@cokinoslaw.com

**ATTORNEY FOR PLAINTIFF
SANTANDER BANK, N.A.**

EXHIBIT B

## CERTIFICATE OF SERVICE

I certify that on March 21, 2023, ***Judgment Creditor Santander Bank, N.A.'s Request for Production to Judgment Debtors Empyrean Auto Group, LLC, Basin Subaru, LLC, Ronald J. Lillard, and Pete Martinez, Jr.*** was served on counsel of record for all parties in this lawsuit by electronic service and electronic mail, pursuant to the Federal Rules of Civil Procedure:

Stephen Pocsik
spocsik@brockettmcneel.net
Brockett & McNeel, LLP
24 Smith Road, Suite 400,
P.O. Box 1841,
Midland, Texas 79705
Telephone: 432-686-7743
Fax**:** 432-683-6229
**ATTORNEYS FOR BASIN SUBARU, LLC
AND PETE MARTINEZ, JR.**


Ronald Lillard, Individually and
c/o Empyrean Auto Group, LLC
3615 S. Padre Island Dr.
Corpus Christi, TX 78415
**EMPYREAN AUTO GROUP, LLC AND
RONALD J. LILLARD**

/s/ Stephanie H. Cook
Stephanie H. Cook

PAGE 3

EXHIBIT B

## <u>DEFINITIONS AND INSTRUCTIONS</u>

The following definitions and instructions shall apply to these discovery requests:

1.  "Judgment" means the money judgment entered on October 19, 2022, in the above-referenced Civil Action No.: 2:19-cv-00088; *Santander Bank, N.A. v. Empyrean Auto Group, LLC, et al.*; In the United States District Court for the Southern District of Texas, Corpus Christi Division.

2.  "Judgment debtor" or "you" or "your" means Defendants, EMPYREAN AUTO GROUP, LLC, BASIN SUBARU, LLC, Ronald J. Lillard, and Pete Martinez, Jr. including its subsidiaries, divisions, predecessor and successor companies, affiliates, any partnership or joint venture to which it may be a party, and/or each of its employees, agents, officers, directors, representatives, consultants, accountants, and attorneys, including any person who served in any such capacity at any time during the relevant time period specified herein, as well as their employees, agents, representatives, consultants, accountants, attorneys, and any other person or entity acting or purporting to act on his or their behalf, including any person who served in any such capacity at any time during the relevant time period specified herein.

3.  "Revenue" or "income" means any and all money, earnings, revenue, or payments of any kind that you received in any form, whether in cash or by check, credit or debit card, electronic transfer, or otherwise, including but not limited to payments for goods and services, payments on accounts receivable, loan repayments, interest income, rents, royalties, license fees, commissions, dividends, distributions, payments relating to sales of assets, equipment, or inventory, payments on contracts, or any other payment or remuneration you received in connection with the operation of your business, to wages, salaries, bonuses, commissions, distributions, dividends, interest income, rents, royalties, estate income, trust income, any and all pensions and annuities, any government or nongovernmental assistance, and all other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

4.  "Asset" means any property or thing of value you owned, claimed, or held any interest in, in whole or in part, including any and all real property, tangible personal property including cash, vehicles, goods, inventory, machinery, equipment, trade fixtures, office equipment, supplies, and computer systems and networks, and intangible personal property including goodwill, contracts, accounts receivable, notes receivable, stocks, bonds, and other securities, ownership interest in any other entities such as subsidiary corporations, general or limited partnerships, and joint ventures, intellectual property rights including copyrights, patents, trademarks, and trade names, and insurance policies which you own or which name you as an insured, as well as accounts receivable, notes receivable, stocks, bonds, and other securities, retirement accounts, pensions, annuities, copyrights, patents, insurance policies, and trusts and wills for which you may be a beneficiary.

EXHIBIT B

5.      The "relevant time period" means the time period from October 19, 2016, to Present Day.

EXHIBIT B

## <u>SANTANDER BANK, N.A.'S REQUEST FOR PRODUCTION TO JUDGMENT DEBTORS EMPYREAN AUTO GROUP, LLC, and RONALD J. LILLARD</u>

**REQUEST NO. 1:** All documents relating to the nature of your business and/or occupation during the relevant time period, including but not limited to:

a)  Documents identifying the name and address of your business and/or employer.

b)  Articles of incorporation or organization, partnership and/or joint venture agreements, charters, bylaws, corporate minute books, and other documents relating to the formation of any business entity in which you owned an interest, either directly or indirectly, or served as an officer or director, during the relevant time period.

c)  Documents identifying all shareholders, directors, officers, partners, members, managers, or other owners or operators of any business entity in which you owned an interest, either directly or indirectly, or served as an officer or director, during the relevant time period.

d)  Documents identifying all friends, family members, partners, or business associates with whom you engaged in any transaction during the relevant time period.

e)  Documents identifying the name, address, and state of incorporation or organization of any parent, subsidiary, division, general partner, joint venturer, or affiliate of any business entity in which you owned an interest, either directly or indirectly, or served as an officer or director, during the relevant time period.

**RESPONSE:**

**REQUEST NO. 2:** All documents relating to your revenue and/or income during the relevant time period, including but not limited to:

EXHIBIT B

a) Documents evidencing all sources of income, revenue, or remuneration of any kind, including payments for goods and services, interest income, operating income, payments on accounts receivable, commissions, agency fees, loan repayments, rents, royalties, license fees, dividends, distributions, payments relating to sales of assets, equipment, or inventory, payments on contracts, or any other payment or remuneration you received in connection with the operation of your business.

b) State and federal income tax returns, and all related forms and schedules (including all amended returns, forms, and schedules) filed during or relating to the relevant time period.

c) Paystubs, W-2s, 1099s, K-1s, or other evidence of any income, salary, wages, commissions, distributions, or other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

d) Financial statements, balance sheets, income statements, cash flow statements, and loan applications prepared or submitted by you or on your behalf during the relevant time period.

**RESPONSE:**

**REQUEST NO. 3:** All documents identifying your routine expenses, including but not limited to:

a) Operating costs.

b) Rental obligations.

c) Payroll and benefits.

d) Outstanding loans.

e) Installment payments.

EXHIBIT B

     f)  Mortgage payments.

     g)  Loan payments and financing charges on vehicles, equipment, and supplies.

     h)  Payments due under contracts.

     i)  Royalty payments and license fees.

     j)  Commissions owed to brokers, dealers, or representatives.

     k)  Legal, accounting, and other professional fees.

     l)  Advertising and marketing costs.

     m) Other routine debts and expenses that occur on a regular basis.

**RESPONSE:**

**REQUEST NO. 4:** All documents relating to any debts you owed or incurred during the relevant time period, including but not limited to:

     a)  Documents identifying the name of the creditor, the amount owed, when the debt was incurred and for what reason, whether all or any portion of the debt was paid, when all or any portion was paid, and any remaining balance on all such debts.

     b)  Documents on which each such debt is based, including contracts, bills, invoices, statements, agreements, mortgages, loan agreements, and all correspondence and other documents comprising, memorializing, or evidencing communications relating to each such debt.

     c)  Documents relating to or evidencing any payment you made on any such debts.

**RESPONSE:**

**REQUEST NO. 5:** Documents relating to any effort to collect any debt from you by any creditor, collection agency, attorney, or other party acting on behalf of any creditor, including demand letters,

EXHIBIT B

default notices, forbearance agreements, collection letters, liens, lis pendens, lawsuits, judgments, petitions, complaints, summonses, or other legal process.

**REQUEST NO. 6:** All documents relating to any real property you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including any and all:

    a) Real estate contracts regarding any purchase or sale.

    b) Deeds.

    c) Appraisals.

    d) Leases.

    e) Licenses.

    f) Easements.

    g) Rights of way.

    h) Trusts.

    i) Liens, mortgages, deeds in trust, or other encumbrances.

    j) Escrow agreements.

    k) Other documents relating to any such ownership interest.

**RESPONSE:**

**REQUEST NO. 7:** All bank statements or other account statements for any account which you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or

EXHIBIT B

owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, at any bank, brokerage, investment firm, or other financial institution.

**REQUEST NO. 8:** All documents relating to vehicles, aircrafts, boats, or other water vessels you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including but not limited to:

   a)  Titles, licenses, and registrations.

   b)  Sales contracts, bills of sale, and other documents relating to your purchase or ownership of the vehicle, aircraft, boat, or water vessel.

   c)  Financing documents, loan documents, security agreements, and all other evidence of any other party's lien on or interest in the vehicle, aircraft, boat, or water vessel.

   d)  Documents relating to or evidencing the location of the vehicle, aircraft, boat, or water vessel.

**RESPONSE:**

**REQUEST NO. 9:** All documents relating to any and all other tangible property which you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including but not limited to:

   a)  Goods.

   b)  Equipment and machinery.

   c)  Inventory.

   d)  Trade fixtures.

EXHIBIT B

e)  Tools.

f)  Office equipment and furniture.

g)  Computer equipment and networks.

h)  Household furnishings, appliances, electronics, computer equipment, televisions, stereos, audiovisual equipment, and fixtures.

i)  Jewelry, artwork, antiques, and collectibles.

j)  Clothing.

k)  Cash.

l)  Precious metals.

m)  Appraisals, invoices, bills of sale, and other documents relating to or evidencing the value, purchase, receipt, possession, or ownership of any such tangible personal property.

n)  All documents relating to or evidencing any other party's interest in or claim to any of your tangible personal property, including all debts or liabilities secured by, or liens, security interests, or other encumbrances in, on, or against the property.

**RESPONSE:**

**REQUEST NO. 10:** Documents sufficient to identify all of your affiliates, subsidiaries, parent companies, or any other company that has or claims an interest in the judgment debtor, including the name, address or location, and state or country of incorporation or organization of any such entity, and the nature of your affiliation or corporate or other organizational relationship with any such entity.

**RESPONSE:**

EXHIBIT B

**REQUEST NO. 11:** All documents relating to any corporation, subsidiary, limited liability company, trust, partnership, or other business entity of any kind or nature in which you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or in which you owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including but not limited to:

    a)  Articles of incorporation or organization, charters, bylaws, partnership agreements, shareholder agreements, or other formational documents evidencing the existence of the entity.

    b)  All stock certificates or other documents relating to or evidencing your ownership of shares, units, membership interests, partnership interests, or other ownership interest in the entity.

    c)  Corporate minute books, minutes of organizational meetings, or documents relating to or evidencing the entity's organization, ownership, managerial structure, and adherence to corporate or other organizational formalities.

    d)  Appraisals, valuations, and other documents relating to or evidencing the value of your ownership interest in any such entity.

**RESPONSE:**

**REQUEST NO. 12:** All documents relating to any and all intangible property you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including but not limited to any and all:

    a)  Contracts.

EXHIBIT B

b) Security agreements.

c) Stocks, bonds, or other evidence of ownership, equity, or investment in any business entity.

d) Patents, copyrights, trademarks, or other evidence of intellectual property rights.

e) Accounts receivable.

f) Notes receivable.

g) Corporate goodwill.

h) Research and development.

i) Retirement, pension, 401(k), and IRA accounts.

j) Annuities.

k) All documents relating to or evidencing any other party's interest in or claim to any of your intangible personal property, including all debts or liabilities secured by, or liens, security interests, or other encumbrances in, on, or against the property.

**RESPONSE:**

**REQUEST NO. 13:** All documents relating to policies of insurance you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or were covered under during the relevant time period, including but not limited to any and all policies, contracts, notices, amendments, modifications, and renewals of any such policy.

**RESPONSE:**

**REQUEST NO. 14:** If you claim that any of your revenue, income, or assets are exempt from collection, produce all documents evidencing the basis for such exemption.

**RESPONSE:**

EXHIBIT B

**REQUEST NO. 15:** All documents, including electronically stored information (ESI), relating to or evidencing any income and assets you obtained through any crowdfunding platform (such as Kickstarter or a crowdfunding lender) during the relevant time period.

**RESPONSE:**

**REQUEST NO. 16:** Documents relating to any and all debts or liabilities owed to you by third parties, including, but not limited to, all claims, causes of action, lawsuits, judgments, or liens you now have or had at any time during the relevant time period against any third party.

**RESPONSE:**

**REQUEST NO. 17:**    All documents relating to or evidencing any third party's possession, ownership, or control of any of your assets, in whole or in part, including but not limited to:

   a) Contractual agreements, including all drafts and markups.

   b) Certificates of title or deeds.

   c) Publicly filed documents relating to the third party's possession or ownership interest.

   d) Correspondence, internal memoranda, notes, or other records relating to the third party's possession or ownership interest.

**RESPONSE:**

**REQUEST NO. 18:** All documents relating to or evidencing any transaction in which you transferred any interest in any of your assets, in whole or in part, to any transferee during the relevant time period, including but not limited to:

   a) Contractual agreements, including all drafts and markups.

   b) Certificates of title or deeds.

EXHIBIT B

c)  Publicly filed documents relating to the transaction.

d)  Correspondence, internal memoranda, notes, or other records relating to the transaction.

**RESPONSE:**

**REQUEST NO. 19:** All documents you provided to any transferee in connection with any due diligence conducted before engaging in any transaction identified in Request No. 18, above.

**RESPONSE:**

**REQUEST NO. 20:** All documents relating to or evidencing any transaction in which you engaged that was outside your business during the relevant time period, including but not limited to:

a)  Contractual agreements, including all drafts and markups.

b)  Certificates of title or deeds.

c)  Publicly filed documents relating to the transaction.

d)  Correspondence, internal memoranda, notes, or other records relating to the transaction.

**RESPONSE:**

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANTANDER BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No: 2:19-cv-00088 |
| | § | |
| EMPYREAN AUTO GROUP, LLC, | § | |
| BASIN SUBARU, LLC, RONALD J. | § | |
| LILLARD, and PETE MARTINEZ, JR., | § | |
| | § | |
| Defendants. | § | |

**JUDGMENT CREDITOR SANTANDER BANK, N.A.'S INTERROGATORIES TO
JUDGMNT DEBTORS EMPYREAN AUTO GROUP, LLC
AND RONALD J. LILLARD**

TO:   Judgment Debtors, Empyrean Auto Group, LLC, by and through its registered agent Ronnie
       Lillard and Ronald J. Lillard at 3615 S. Padre Island Dr., Corpus Christi, TX 78414.

       Pursuant to Federal Rule of Civil Procedure 69(a)(2), Judgement Creditor, Santander Bank,

N.A. submits its Interrogatories to Judgment Debtors Empyrean Auto Group, LLC, Ronald J.

Lillard ("Judgment Debtors"). Judgment Debtors' responses shall be made separately and fully, in

writing, within thirty (30) days of service hereof. Judgment Debtors' responses and documents

shall be served on Judgment Creditor through its attorney of record, Stephanie H. Cook, COKINOS

| YOUNG, Las Cimas IV, 900 S. Capital of Texas Highway, Suite 425, Austin, Texas 78746.

EXHIBIT B

Dated this 21ˢᵗ day of March 2023.

Respectfully submitted,

COKINOS | YOUNG

Las Cimas IV
900 S. Capital of Texas Highway
Suite 425
Austin, Texas 78746
(512) 476-1198 (Direct)
(512) 610-1184 (Fax)

By: /s/ *Stephanie H. Cook*
STEPHANIE H. COOK
Attorney in Charge
S.D. No. 396487
State Bar No. 24013071
scook@cokinoslaw.com

**ATTORNEY FOR PLAINTIFF
SANTANDER BANK, N.A.**

EXHIBIT B

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 21, 2023, ***Judgment Creditor Santander Bank, N.A.'s Interrogatories to Judgment Debtors Empyrean Auto Group, LLC, Basin Subaru, LLC, Ronald J. Lillard, and Pete Martinez, Jr.*** was served on counsel of record for all parties in this lawsuit by electronic service and electronic mail, pursuant to the Federal Rules of Civil Procedure:

Stephen Pocsik
spocsik@brockettmcneel.net


Brockett & McNeel, LLP
24 Smith Road, Suite 400,
P.O. Box 1841,
Midland, Texas 79705
Telephone: 432-686-7743
Fax**:** 432-683-6229
**ATTORNEYS FOR BASIN SUBARU, LLC**
**AND PETE MARTINEZ, Jr**

Ronald Lillard, Individually and
c/o Empyrean Auto Group, LLC
3615 S. Padre Island Dr.
Corpus Christi, TX 78415
**EMPYREAN AUTO GROUP, LLC AND**
**RONALD J. LILLARD**

*/s/ Stephanie H. Cook*
Stephanie H. Cook

EXHIBIT B

## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions shall apply to these discovery requests:

1.  "Judgment" means the money judgment entered on October 19, 2022, in the above-referenced Civil Action No.: 2:19-cv-00088; *Santander Bank, N.A. v. Empyrean Auto Group, LLC, et al.*; In the United States District Court for the Southern District of Texas, Corpus Christi Division.

2.  "Judgment debtor" or "you" or "your" means Defendants, EMPYREAN AUTO GROUP, LLC, BASIN SUBARU, LLC, Ronald J. Lillard, and Pete Martinez, Jr. including its subsidiaries, divisions, predecessor and successor companies, affiliates, any partnership or joint venture to which it may be a party, and/or each of its employees, agents, officers, directors, representatives, consultants, accountants, and attorneys, including any person who served in any such capacity at any time during the relevant time period specified herein, as well as their employees, agents, representatives, consultants, accountants, attorneys, and any other person or entity acting or purporting to act on his or their behalf, including any person who served in any such capacity at any time during the relevant time period specified herein.

3.  "Revenue" or "income" means any and all money, earnings, revenue, or payments of any kind that you received in any form, whether in cash or by check, credit or debit card, electronic transfer, or otherwise, including but not limited to payments for goods and services, payments on accounts receivable, loan repayments, interest income, rents, royalties, license fees, commissions, dividends, distributions, payments relating to sales of assets, equipment, or inventory, payments on contracts, or any other payment or remuneration you received in connection with the operation of your business, to wages, salaries, bonuses, commissions, distributions, dividends, interest income, rents, royalties, estate income, trust income, any and all pensions and annuities, any government or nongovernmental assistance, and all other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

4.  "Asset" means any property or thing of value you owned, claimed, or held any interest in, in whole or in part, including any and all real property, tangible personal property including cash, vehicles, goods, inventory, machinery, equipment, trade fixtures, office equipment, supplies, and computer systems and networks, and intangible personal property including goodwill, contracts, accounts receivable, notes receivable, stocks, bonds, and other securities, ownership interest in any other entities such as subsidiary corporations, general or limited partnerships, and joint ventures, intellectual property rights including copyrights, patents, trademarks, and trade names, and insurance policies which you own or which name you as an insured, as well as accounts receivable, notes receivable, stocks, bonds, and other securities, retirement accounts, pensions, annuities, copyrights, patents, insurance policies, and trusts and wills for which you may be a beneficiary.

PAGE 4

EXHIBIT B

5.      The "relevant time period" means the time period from October 19, 2016, to Present Day.

EXHIBIT B

## SANTANDER BANK, N.A.'S REQUEST FOR PRODUCTION TO JUDGMENT DEBTORS EMPYREAN AUTO GROUP, LLC and RONALD J. LILLARD

**INTERROGATORY NO. 1:** Describe your business/occupation during the relevant time period, including but not limited to:

a) The nature of your business/occupation.

b) The name, address, and state of incorporation or organization of any corporate or other business entity you owned or operated during the relevant time period.

c) The shareholders, directors, officers, partners, members, managers, or other owners or operators of any entity identified in response to Interrogatory No. 1(b), above.

d) The name, address, and state of incorporation or organization of any parent, subsidiary, division, general partner, joint venturer, or affiliate of any entity identified in response to Interrogatory No. 1 (b), above.

e) The name, address, and telephone number of all friends, family members, partners, or business associates with whom you engaged in any transaction during the relevant time period.

**ANSWER:**

**INTERROGATORY NO. 2:** Identify and describe your revenue/income during the relevant time period, including but not limited to:

a) All sources of income, revenue, or remuneration of any kind, including payments for goods and services, interest income, operating income, payments on accounts receivables, commissions, agency fees, loan repayments, rents, royalties, license fees, dividends,

EXHIBIT B

distributions, payments relating to sales of assets, equipment, or inventory, payments on contracts, or any other payment or remuneration you received in connection with the operation of your business.

b) Income declared on state and federal income tax returns, and all related forms and schedules (including all amended returns, forms, and schedules) filed during or relating to the relevant time period.

c) Income from paystubs, W-2s, 1099s, and K-1s, including salary, wages, commissions, distributions, or other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

d) Income identified on financial statements, balance sheets, income statements, cash flow statements, and loan applications prepared or submitted by you or on your behalf during the relevant time period.

**ANSWER:**

**INTERROGATORY NO. 3:** Identify all documents evidencing your revenue/income referenced in Interrogatory No. 2 above.

**ANSWER:**

**INTERROGATORY NO. 4:** Identify and describe your routine expenses, including but not limited to:

a) Operating costs.

b) Rental obligations.

EXHIBIT B

c)  Payroll and benefits.

d)  Outstanding loans.

e)  Installment payments.

f)  Mortgage payments.

g)  Loan payments and financing charges on vehicles, boats, aircraft, equipment, and supplies.

h)  Payments due under contracts.

i)  Royalty payments and license fees.

j)  Commissions owed to brokers, dealers, or representatives.

k)  Legal, accounting, and other professional fees.

l)  Advertising and marketing costs.

m) Other routine debts and expenses that occur on a regular basis.

**ANSWER:**

**INTERROGATORY NO. 5:** Identify all documents evidencing your routine expenses referenced in Interrogatory No. 4, above.

**ANSWER:**

**INTERROGATORY NO. 6:** Identify and describe all debts and liabilities you owed or incurred during the relevant time period, including:

a)  The name, address, and telephone number of the creditor.

b)  The amount owed.

c)  When the debt was incurred and for what reason.

d)  Whether all or any portion of the debt is paid.

PAGE 8

EXHIBIT B

   e)  When all or any portion was paid.

   f)  Whether the debt is secured and, if so, how it is secured.

   g)  Any remaining balance on all such debts.

**ANSWER:**

**INTERROGATORY NO. 7:** Identify all documents evidencing your debts and liabilities referenced in Interrogatory No. 6, above.

**ANSWER:**

**INTERROGATORY NO. 8:** Identify all efforts to collect any debt from you by any creditor, collection agency, attorney, or other party acting on behalf of any creditor, including receiving demand letters, default notices, forbearance agreements, collection letters, liens, *lis pendens*, lawsuits, judgments, petitions, complaints, summonses, or other legal process.

**ANSWER:**

**INTERROGATORY NO. 9:** Identify all legal actions in which you have been or are a party during the relevant time period, including:

   a)  The title of the case.

   b)  The name of the court where the action is or was pending.

   c)  The docket number of the case.

   d)  A description of the case.

   e)  The outcome of the case, if applicable.

**ANSWER:**

EXHIBIT B

**INTERROGATORY NO. 10:** Identify all individuals, institutions, and other entities that owe you debts or liabilities, including:

    a)  The name, address, and telephone number of the debtor.

    b)  The amount of the debt or liability as of October 19, 2022.

    c)  Whether the debt is secured, and if so, how.

    d)  The maturity date of the debt.

    e)  Whether any debt has become uncollectable.

**ANSWER:**

**INTERROGATORY NO. 11:** Identify all documents evidencing all debts and liabilities owed to you, as referenced in Interrogatory No. 10, above.

**ANSWER:**

**INTERROGATORY NO. 12:** Identify and describe all real property you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

    a)  The property's address.

    b)  The purchase price.

    c)  The current fair market value.

    d)  The type of real property.

    e)  How the property is currently titled.

    f)  How the property was titled when first purchased.

    g)  Your interest in the property.

EXHIBIT B

h) The identity of any third parties who possess or claim to possess an ownership interest in the property.

i) Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:**

**INTERROGATORY NO. 13:** Identify all documents evidencing your interest in real property, referenced in Interrogatory No. 12, above.

**ANSWER:**

**INTERROGATORY NO. 14:** Identify all banks, brokerage firms, investment firms, or other financial institutions for any account which you currently own, hold, or claim an interest in, in whole or in part, or owned, held, or claimed an interest in, in whole or in part, during the relevant time period, including:

a) The bank, investment firm, or other financial institution name, address, and telephone number.

b) The name under which the account is titled.

c) The account number.

d) The account type.

e) The account balance from October 19, 2022 to present.

f) The identity of any third parties who possess or claim to possess an ownership interest in the property.

g) Any debts, liabilities, liens, or other encumbrances against the accounts.

**ANSWER:**

PAGE 11

EXHIBIT B

**INTERROGATORY NO. 15:** Identify all documents evidencing your interest in any accounts at banks, brokerage firms, investment firms, or other financial institutions, referenced in Interrogatory No. 14, above.

**ANSWER:**

**INTERROGATORY NO. 16:** Identify and describe all vehicles, aircraft, boats, or other water vessels you currently own, hold, or claim an interest in, directly or indirectly, in whole or in part, or owned, held, or claimed an interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

    a) The property's current location.

    b) The property's purchase price.

    c) The current fair market value.

    d) The type of property.

    e) How you acquired an ownership interest or claim in the property.

    f) Your current ownership interest or claim in the property.

    g) The identity of any third parties who possess or claim to possess an ownership interest in the property.

    h) Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:**

**INTERROGATORY NO. 17:** Identify all documents evidencing your interest in any vehicles, aircraft, boats, or other water vessels, referenced in Interrogatory No. 16, above.

**ANSWER:**

PAGE 12

EXHIBIT B

**INTERROGATORY NO. 18:** Identify and describe any and all other tangible corporate/personal property which you currently own, hold, or claim an interest in, directly or indirectly, in whole or in part, or owned, held, or claimed an interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

a)  The type of property, including, but not limited to:

    a.  Goods.

    b.  Equipment and machinery.

    c.  Inventory.

    d.  Trade fixtures.

    e.  Tools.

    f.  Office equipment and furniture.

    g.  Computer equipment and networks.

    h.  Household furnishings, appliances, electronics, computer equipment, televisions, stereos, audiovisual equipment, and fixtures.

    i.  Jewelry, artwork, antiques, and collectibles.

    j.  Clothing.

    k.  Cash.

    l.  Precious metals.

b)  The property's current location.

c)  The property's purchase price.

d)  The current fair market value.

EXHIBIT B

e) How you acquired an ownership interest or claim in the property.

f) Your current ownership interest or claim in the property.

g) The identity of any third parties who possess or claim to possess an ownership interest in the property.

h) Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:**

**INTERROGATORY NO. 19:** Identify all documents evidencing your interest in any and all other tangible corporate/personal property, referenced in Interrogatory No. 18, above.

**ANSWER:**

**INTERROGATORY NO. 20:** Identify and describe all of your affiliates, subsidiaries, parent companies, or any other company that has or claims an interest in the judgment debtor, including the name, address or location, and state or country of incorporation organization of any such entity, and the nature of your affiliation or corporate or other organizational relationship with any such entity.

**ANSWER:**

**INTERROGATORY NO. 21:** Identify all corporations, subsidiaries, limited liability companies, trusts, partnerships, or other business entity of any kind or nature in which you currently own, hold, or claim an interest in, in whole or in part, or owned, held, or claimed an interest in, in whole or in part, during the relevant time period, and describe that relationship.

**ANSWER:**

EXHIBIT B

**INTERROGATORY NO. 22:** Identify all documents evidencing your interest in any corporations, subsidiaries, limited liability companies, trusts, partnerships, or other business entity, referenced in Interrogatory No. 21, above.

**ANSWER:**

**INTERROGATORY NO. 23:** Identify and describe all intangible property you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

    a) The type of intangible property, including but not limited to any and all:

        a. Contracts.

        b. Security agreements.

        c. Stocks, bonds, or other evidence of ownership, equity, or investment in any business entity, including number of units owned.

        d. Patents, copyrights, trademarks, or other evidence of intellectual property rights.

        e. Accounts receivable.

        f. Notes receivable.

        g. Corporate goodwill.

        h. Research and development.

        i. Retirement, pension, 401(k), and IRA accounts.

        j. Annuities.

EXHIBIT B

    b)  A description of the property.

    c)  The property's purchase price (if applicable).

    d)  The current fair market value.

    e)  How you acquired an ownership interest or claim in the property.

    f)  Your current ownership interest or claim in the property.

    g)  The identity of any third parties who possess or claim to possess an ownership interest in the property.

    h)  Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:**

**INTERROGATORY NO. 24:** Identify all documents evidencing your interest in any and all intangible property, referenced in Interrogatory No. 23, above.

**ANSWER:**

**INTERROGATORY NO. 25:** Identify all policies of insurance you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or were covered under during the relevant time period, including:

    a)  The name, address, and telephone number of the insurance company.

    b)  The policy number.

    c)  The policy amount.

    d)  The type of policy.

    e)  The present cash or surrender value.

    f)  The amount of accumulated dividends, if any.

EXHIBIT B

g) The time period covered under the policy.

**ANSWER:**

**INTERROGATORY NO. 26:** Identify all documents regarding any and all policies of insurance, referenced in Interrogatory No. 25, above.

**ANSWER:**

**INTERROGATORY NO. 27:** Identify any safe deposit boxes you either rent or have access to currently or during the relevant time period, including:

a) The name, address, and telephone number of the entity or person under whose name the safe deposit box is rented.

b) The name, address, and telephone number of the financial institution or other entity at which the safe deposit box is located.

c) A description of the contents of the safe deposit box as of October 19, 2022.

**ANSWER:**

**INTERROGATORY NO. 28:** Identify all revenue, income, or assets you claim exempt from judgment enforcement in this action and state the basis for the exemption.

**ANSWER:**

**INTERROGATORY NO. 29:** Identify and describe all income and assets you obtained from the use of a crowdfunding platform by you or any party acting on your behalf, during the relevant time period, including:

a) The name, address, and telephone number of the crowdfunding platform

b) The time period the crowdfund is or was active.

EXHIBIT B

   c)  The cash value of the crowdfund as of October 19, 2022.

   d)  The website of the crowdfund.

**ANSWER:**

**INTERROGATORY NO. 30:** Identify any third party that currently possesses, owns, or controls

that asset, in whole or in part, such as:

   a)  Corporate affiliates, subsidiaries, parent companies, partners, or any other related corporate

       entity.

   b)  Banks, financial institutions, and brokerage firms.

   c)  Accountants.

   d)  Business partners.

   e)  Friends, family members, and associates with whom you conducted business during the

       relevant time period.

   f)  Other individuals, institutions, and entities that hold your assets.

**ANSWER:**

**INTERROGATORY NO. 31:** Identify the asset or assets possessed, owned, or controlled, in whole

or in part, by the third parties referenced in Interrogatory No. 30, above.

**ANSWER:**

**INTERROGATORY NO. 32:** Identify all documents evidencing the asset or assets possessed,

owned, or controlled, in whole or in part, by the third parties referenced in Interrogatory No. 31,

above.

**ANSWER:**

PAGE 18

EXHIBIT B

**INTERROGATORY NO. 33:** Identify all transferees of any of your income or assets in whole or in part, during the relevant time period, or that are transferees of an ownership interest in any of your income or assets, in whole or in part, during the relevant time period, including:

    a)  Banks, financial institutions, brokerage firms, and investment firms.

    b)  Accountants.

    c)  Business partners.

    d)  Friends, family members, and associates.

    e)  Other individuals, institutions, and entities.

**ANSWER:**

**INTERROGATORY NO. 34:** Identify the income or assets transferred to any third party, referenced in Interrogatory No. 33, above.

**ANSWER:**

**INTERROGATORY NO. 35:** Identify all documents evidencing transfers of your income or assets to any third party, referenced in Interrogatory No. 34, above.

**ANSWER:**

**INTERROGATORY NO. 36:** Identify and describe any transaction in which you engaged that was outside your business during the relevant time period, including but not limited to any transaction involving:

    a)  Contractual agreements.

    b)  Certificates of title or deeds.

    c)  Publicly filed documents.

EXHIBIT B

**ANSWER:**

EXHIBIT B