United States District Court
Southern District of Texas
**ENTERED**
August 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANTANDER BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:19-CV-00088 |
| | § | |
| EMPYREAN AUTO GROUP, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ON MOTION TO COMPEL POST-JUDGMENT DISCOVERY

Pending is Creditor-Plaintiff Santander Bank, N.A.'s ("Creditor") motion to compel post-judgment discovery, (D.E. 78), which is unopposed because Debtor-Defendants Empyrean Auto Group LLC and Ronald J. Lillard (together, "Debtors") did not respond, *see* LOCAL RULE 7.4. Creditor requests expenses, including attorney fees, in connection with the motion. (D.E. 78, p. 7). Pursuant to the discussion at the August 2, 2023 motion hearing, the Court **ORDERS** the following:

- The Court **GRANTS** Creditor's motion. (D.E. 78). Debtors are to comply with Creditor's discovery requests on or before **September 6, 2023.**

- The Court **DENIES** Creditor's request for expenses. (D.E. 78, p. 7).

A status conference is set for **September 6, 2023, at 10:00 a.m.** before the undersigned via Zoom[1] to discuss the scope of Debtors' compliance in this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
August 2, 2023

---

[1] Parties may access the hearing via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
 +1 669 254 5252 US (San Jose)
 +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

EXHIBIT C