**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **SANTANDER BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CASE NO.: 2:19-CV-00088** |
| | § | |
| **EMPYREAN AUTO GROUP, LLC,** | § | |
| **BASIN SUBARU, LLC, RONALD J.** | § | |
| **LILLARD, AND PETE MARTINEZ, JR.** | § | |
| | § | |
| **Defendants.** | | |

## DEFENDANT, RONALD J. LILLARD'S ANSWERS
## TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**TO:** **SANTANDER BANK, N.A., by and through its attorneys of record, Stephanie H. Cook, COKINOS / YOUNG, Las Cimas IV, 900 S. Capital of Texas Highway, Suite 425, Austin, Texas 78746.**

RONALD J. LILLARD, Defendant, serves the following Answers to the Plaintiff's First

set of Interrogatories.

Respectfully submitted,

**FLINT / GOULD P.L.L.C.**
555 N. Carancahua St., Tower II, Suite 1010
Corpus Christi, Texas 78401
Tel. (361) 994-9800
Fax. (361) 994-9801

By:_____

Keith M. Gould
State Bar No.: 00795885
Federal Bar No.: 22313
Email: kgould@gouldlawfirm.com

John S. Flint
State Bar No. 00796555
Federal Bar No. 28357
Email: jsf7140@aol.com

**ATTORNEYS FOR DEFENDANT,**
**RONALD J. LILLARD**

EXHIBIT D

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b) and Southern District of Texas Local Rule 5.5, I certify that a copy of this instrument was served on the attorneys of record electronically by via electronic mail on September 1, 2023.

***Via Email:  scook@cokinoslaw.com***
Stephanie H. Cook
COKINOS / YOUNG
*Counsel for Plaintiff, Santander Bank, N.A.*

***Via Email:  spocsik@brockettmcneel.net***
Stephen Pocsik
BROCKETT & McNEEL, LLP
*Counsel for Defendant, Basi Subaru, LLC and Pete Martinez, Jr.*

_____
Keith M. Gould

EXHIBIT D

## SANTANDER BANK, N.A.'S INTERROGATORIES TO JUDGEMENT DEBTORS EMPYREAN AUTO GROUP, LLC AND RONALD J. LILLARDB

**INTERROGATORY NO. 1:** Describe your business/occupation during the relevant time period, including but not limited to:

a) The nature of your business/occupation.

b) The name, address, and state of incorporation or organization of any corporate or other business entity you owned or operated during the relevant time period.

c) The shareholders, directors, officers, partners, members, managers, or other owners or operators of any entity identified in response to Interrogatory No. 1(b), above.

d) The name, address, and state of incorporation or organization of any parent, subsidiary, division, general partner, joint venture, or affiliate of any entity identified in response to Interrogatory No. 1 (b), above.

e) The name, address, and telephone number of all friends, family members, partners, or business associates with whom you engaged in any transaction during the relevant time period.

**ANSWER:**

    **a.**    **Lawn service/Student Pilot, RLNA Holdings on point armory.**

    **b.**    **Please refer to Defendant's Responses to Request for Production Exhibit "A"-Documents pertaining to property and business.**

    **c.**    **Ronald Lillard and Pete Martinez.**

    **d.**    **3615 S.P.I.D., Corpus Christi, Texas**
           **3917 W. Wall, Midland, Texas.**

    **e.**    **Partner, Pete Martinez; Tel#:  (432) 661-7492.**

**INTERROGATORY NO. 2:** Identify and describe your revenue/income during the relevant time period, including but not limited to:

EXHIBIT D

a) All sources of income, revenue, or remuneration of any kind, including payments for goods and services, interest income, operating income, payments on accounts receivables, commissions, agency fees, loan repayments, rents, royalties, license fees, dividends, distributions, payments relating to sales of assets, equipment, or inventory, payments on contracts, or any other payment or remuneration you received in connection with the operation of your business.

b) Income declared on state and federal income tax returns, and all related forms and schedules (including all amended returns, forms, and schedules) filed during or relating to the relevant time period.

c) Income from paystubs, W-2s, 1099s, and K-1s, including salary, wages, commissions, distributions, or other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

d) Income identified on financial statements, balance sheets, income statements, cash flow statements, and loan applications prepared or submitted by you or on your behalf during the relevant time period.

**ANSWER:**

    **a.**    **Empyrean Auto Group, LLC**

    **b.**    **Please refer to Defendant's Responses to Request for Production Exhibit "B"- 2015-2021 Income Tax Documents.**

    **c.**    **Please refer to Defendant's Responses to Request for Production Exhibit "B"- 2015-2021 Income Tax Documents.**

    **d.**    **Please refer to Defendant's Responses to Request for Production Exhibit "D" – Financial Bank Statements.**

EXHIBIT D

**INTERROGATORY NO.4:** Identify and describe your routine expenses, including but not limited to:

a) Operating costs.

b) Rental obligations

c) Payroll and benefits.

d) Outstanding loans.

e) Installment payments.

f) Mortgage payments.

g) Loan payments and financing charges on vehicles, boats, aircraft, equipment, and supplies.

h) Payments due under contracts.

i) Royalty payments and license fees.

j) Commissions owed to brokers, dealers, or representatives.

k) Legal, accounting, and other professional fees.

l) Advertising and marketing costs.

m) Other routine debts and expenses that occur on a regular basis.

**ANSWER:** **Defendant states that the information you are seeking is in Plaintiff's possession. Defendant no longer has the computer system and does not have access to this information.**

**INTERROGATORY NO. 5:** Identify all documents evidencing your routine expenses referenced in Interrogatory No. 4, above.

**ANSWER:** **Defendant states that the information you are seeking is in Plaintiff's possession. Defendant no longer has the computer system and does not have access to this information.**

**INTERROGATORY NO. 6:** Identify and describe all debts and liabilities you owed or incurred during the relevant time period, including:

EXHIBIT D

a) The name, address, and telephone number of the creditor.

b) The amount owed.

c) When the debt was incurred and for what reason.

d) Whether all or any portion of the debt is paid.

e) When all or any portion was paid.

f) Whether the debt is secured and, if so, how it is secured.

g) Any remaining balance on all such debts.

**ANSWER:**

    **a.**    **PNC Bank**

    **b.**    **$24,435.00**

    **c.**    **Work truck which was financed monthly.  Payments $1200 per month.**

    **d.**    **Current balance:  $24,435.00**

    **e.**    **Debt still has a balance.**

    **f.**    **n/a**

    **g.**    **Balance; $24,435.00**

**INTERROGATORY NO. 7:** Identify all documents evidencing your debts and liabilities referenced in Interrogatory No. 6, above.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "D" – Financial Bank Statements.**

**INTERROGATORY NO. 8:** Identify all efforts to collect any debt from you by any creditor, collection agency, attorney, or other party acting on behalf of any creditor, including receiving demand letters, default notices, forbearance agreements, collection letters, liens, *lis pendens*, lawsuits, judgements, petitions, complaints, summonses, or other legal process.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "E" – Agreed Final Judgment.**

EXHIBIT D

**INTERROGATORY NO. 9:** Identify all legal actions in which you have been or are a party during the relevant time period, including:

    a) The title of the case.

    b) The name of the court where the action is or was pending.

    c) The docket number of the case.

    d) A description of the case.

    e) The outcome of the case, if applicable.

**ANSWER:**

    **a.**    **Security Service Federal Credit Union v. Empyrean Auto Group, LLC**

    **b.**    **347th Judicial District Court**

    **c.**    **Cause No.:  2020DCV-1126-H**

    **d.**    **Debt Case**

    **e.**    **An Agreed Final Judgment was entered.**

**INTERROGATORY NO. 10:** Identify all individuals, institutions, and other entities that owe you debts or liabilities, including:

    a) The name, address, and telephone number of the debtor.

    b) The amount of the debt or liability as of October 19, 2022.

    c) Whether the debt is secured, and if so, how.

    d) The maturity date of the debt.

    e) Whether any debt has become uncollectable.

**ANSWER:**

    **a.**    **PNC Bank, P.O. Box 747066, Pittsburgh, PA 15274-7066**

    **b.**    **$43,131.84**

EXHIBIT D

**c.**      **n/a**

**d.**      **48 months**

**e.**      **no**

**INTERROGATORY NO. 11:** Identify all documents evidencing all debts and liabilities owed to

you, as referenced in Interrogatory No. 10, above.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "C" – PNC Auto Loan.**

**INTERROGATORY NO. 12:** Identify and describe all real property you currently own, hold, or

claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed

any interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

a) The property's address.

b) The purchase price.

c) The current fair market value.

d) The type of real property.

e) How the property is currently titled.

f) How the property was titled when first purchased.

g) Your interest in the property.

h) The identity of any third parties who possess an ownership interest in the property.

i) Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:    Defendant no longer owns any real property.**

**INTERROGATORY NO. 13:** Identify all documents evidencing your interest in real property,

referenced in Interrogatory No. 12, above.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "A" – Documents pertaining to property and business.**

EXHIBIT D

**INTERROGATORY NO. 14:** Identify all banks, brokerage firms, investment firms, or other financial institutions for any account which you currently own, hold, or claim an interest in, in whole or in part, or owned, held, or claimed an interest in, in whole or in part, during the relevant time period, including:

    a) The bank, investment firm, or other financial institution name, address, and telephone number.

    b) The name under which the account is titled.

    c) The account number.

    d) The account type.

    e) The account balance from October 19, 2022 to present.

    f) The identity of any third parties who possess or claim to possess an ownership interest in the property.

    g) Any debts, liabilities, liens, or other encumbrances against the accounts.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "D" – Financial Bank Statements.**

**INTERROGATORY NO. 15:** Identify all documents evidencing your interest in any accounts at banks, brokerage firms, investment firms, or other financial institutions, referenced in Interrogatory No. 14, above.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "D" – Financial Bank Statements.**

**INTERROGATORY NO. 16:** Identify and describe all vehicles, aircraft, boats, or other water vessels you currently own, hold, or claim an interest in, directly or indirectly, in whole or in part, or owned, held, or claimed and interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

EXHIBIT D

a) The property's current location.

b) The property's purchase price.

c) The current fair market value.

d) The type of property.

e) How you acquired an ownership interest or claim in the property.

f) Your current ownership interest or claim in the property.

g) The identity of any third parties who possess or claim to possess an owndership interest in the property.

h) Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "C" – PNC Auto Loan.**

**INTERROGATORY NO. 17:** Identify all documents evidencing your interest in any vehicles, aircraft, boats, or other water vessels, referenced in Interrogatory No. 16, above.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "C" – PNC Auto Loan.**

**INTERROGATORY NO. 18:** Identify and describe any and all other tangible corporate/personal property which you currently own, hold, or claim an interest in, directly or indirectly, in whole or in part, or owned, held, or claimed an interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

a) The type of property, including, but not limited to:

    a. Goods.

    b. Equipment and machinery.

    c. Inventory.

    d. Trade fixtures.

EXHIBIT D

e. Tools.

f. Office equipment and furniture.

g. Computer equipment and networks.

h. Household furnishings, appliances, electronics, computer equipment, televisions, stereos, audiovisual equipment, and fixtures.

i. Jewelry, artwork, antiques, and collectibles.

j. Clothing.

k. Cash.

l. Precious metals.

b) The property's current location.

c) The property's purchase price.

d) The current fair market value.

e) How you acquired an ownership interest or claim in the property.

f) Your current ownership interest or claim in the property.

g) The identity of any third parties who possess or claim to possess an ownership interest in the property.

h) Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:    Defendant no longer owns any property.**

**INTERROGATORY NO. 19:** Identify all documents evidencing your interest in any and all other tangible corporate/personal property, referenced in Interrogatory no. 18, above.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "A" – Documents pertaining to property and business.**

**INTERROGATORY NO. 20:** Identify and describe all of your affiliates, subsidiaries, parent companies, or any other company that has or claims an interest in the judgment debtor, including the name, address or location, and state or country of incorporation organization of any such entity,

EXHIBIT D

and the nature of your affiliation or corporate or other organizational relationship with any such entity.

**ANSWER:    None.**

**INTERROGATORY NO. 21:** Identify all corporations, subsidiaries, limited liability companies, trusts, partnerships, or other business entity of any kind or nature in which you currently own, hold or claim an interest in, in whole or in part, or owned, held, or claimed an interest in, in whole or in part, during the relevant time period, and describe that relationship.

**ANSWER:    RLNA Holdings, DBA On Point Armory.**

**INTERROGATORY NO. 22:** Identify all documents evidencing your interest in any corporations, subsidiaries, limited liability companies, trusts, partnerships, or other business entity, referenced in Interrogatory No. 21, above.

**ANSWER:    Please refer to Defendant's Responses to Request for Production Exhibit "A"
– Documents pertaining to property and business.**

**INTERROGATORY NO. 23:** Identify and describe all intangible property you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or owned, held, or claimed any type of interest in, directly or indirectly, in whole or in part, during the relevant time period, including:

    a) The type of intangible property, including but not limited to any and all:

        a. Contracts.

        b. Security agreements.

        c. Stocks, bonds, or other evidence of ownership, equity, or investment in any
           business entity, including number of units owned.

        d. Patents, copyrights, trademarks, or other evidence of intellectual property
           rights.

EXHIBIT D

e. Accounts receivable.

f. Notes receivable.

g. Corporate goodwill.

h. Research and development.

i. Retirement, pension, 401(k), and IRA accounts.

j. Annuities.

k. A description of the property.

l. The property's purchase price (if applicable).

m. The current fair market value.

n. How you acquired an ownership interest or claim in the property.

o. Your current ownership interest or claim in the property.

p. The identity of any third parties who possess or claim to possess an ownership interest in the property.

q. Any debts, liabilities, liens, or other encumbrances against the property.

**ANSWER:    None.**

**INTERROGATORY NO. 24:** Identify all documents evidencing your interest in any and all intangible property, referenced in Interrogatory No. 23, above.

**ANSWER:    None.**

**INTERROGATORY NO. 25:** Identify all policies of insurance you currently own, hold, or claim any type of interest in, directly or indirectly, in whole or in part, or were covered under during the relevant time period, including:

a) The name, address, and telephone number of the insurance company.

b) The policy number.

c) The policy amount.

EXHIBIT D

d) The type of policy.

e) The present cash or surrender value.

f) The amount of accumulated dividends, if any.

g) The time period covered under the policy.

**ANSWER:    None.**

**INTERROGATORY NO. 26:** Identify all documents regarding any and all policies of insurance, referenced in Interrogatory No. 25, above.

**ANSWER:    None.**

**INTERROGATORY NO. 27:** Identify any safe deposit boxes you either rent or have access to currently or during the relevant time period, including:

a) The name, address, and telephone number of the entity or person under whose name the safe deposit box is rented.

b) The name, address, and telephone number of the financial institution or other entity at which the safe deposit box is located.

c) A description of the contents of the safe deposit box as of October 19, 2022.

**ANSWER:    None.**

**INTERROGATORY NO. 28:** Identify all revenue, income, or assets you claim exempt from judgment enforcement in this action and state the basis for the exemption.

**ANSWER:    None.**

**INTERROGATORY NO. 29:** Identify and describe all income and assets you obtained from the use of crowdfunding platform by you or any party acting on your behalf, during the relevant time period, including:

a) The name, address, and telephone number of the crowdfunding platform

b) The time period the crowdfund is or was active.

EXHIBIT D

c) The cash value of the crowdfund as of October 19, 2022

d) The website of the crowdfund.

**ANSWER:    None.**

**INTERROGATORY NO. 30:** Identify any third party that currently possesses, owns, or controls that asset, in whole or in part, such as:

a) Corporate affiliates, subsidiaries, parent companies, partners, or any other related corporate entity.

b) Banks,, financial institutions, and brokerage firms.

c) Accountants.

d) Business partners.

e) Friends, family members, and associates with whom you conducted business during the relevant time period.

f) Other individuals, institutions, and entities that hold your assets.

**ANSWER:    None, all businesses have been closed and do not operate.**

**INTERROGATORY NO. 31:** Identify the asset or assets possessed, owned, or controlled, in whole or in part, by the third parties referenced in Interrogatory No. 30, above.

**ANSWER:    None.**

**INTERROGATORY NO. 32:** Identify all documents evidencing the asset or assets possessed, owned, or controlled, in whole or in part, by the third parties referenced in Interrogatory No. 31, above.

**ANSWER:    None.**

**INTERROGATORY NO. 33:** Identify all transferees of any of your income or assets in whole or in part, during the relevant time period, or that are transferees of an ownership interest in any of your income or assets, in whole or in part, during the relevant time period, including:

EXHIBIT D

a) Banks, financial institutions, brokerage firms, and investment firms.

b) Accountants.

c) Business partners.

d) Friends, family members, and associates.

e) Other individuals, institutions, and entities.

**ANSWER:**

    **a.**    **Please refer to Defendant's Responses to Request for Production Exhibit "D" – Financial Bank Statements.**

    **b.**    **Please refer to Defendant's Responses to Request for Production Exhibit "B"- 2015-2021 Income Tax Documents.**

    **c.**    **Ronald Lillard and Pete Martinez**

    **d.**    **None**

    **e.**    **None.**

**INTERROGATORY NO. 34:** Identify the income or assets transferred to any third party, referenced in Interrogatory No. 33, above.

**ANSWER:** **Please refer to Defendant's Responses to Request for Production Exhibit "B"- 2015-2021 Income Tax Documents.**

**INTERROGATORY NO. 35:** Identify all documents evidencing transfers of your income or assets to any third party, referenced in Interrogatory No. 34, above.

**ANSWER:** **Please refer to Defendant's Responses to Request for Production Exhibit "B"- 2015-2021 Income Tax Documents.**

**INTERROGATORY NO. 36:** Identify and describe any transaction in which you engaged that was outside your business during the relevant time period, including but not limited to any transaction involving:

a) Contractual agreements.

EXHIBIT D

b) Certificates of title or deeds.

c) Publicly filed documents.

**ANSWER:    None.**

EXHIBIT D