IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANTANDER BANK, N.A., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO.: 2:19-CV-00088 |
| EMPYREAN AUTO GROUP, LLC, BASIN SUBARU, LLC, RONALD J. LILLARD, AND PETE MARTINEZ, JR. | § § § § § | |
| Defendants. | | |

### DEFENDANT, RONALD J. LILLARD'S FIRST SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**TO:** SANTANDER BANK, N.A., by and through its attorneys of record, Stephanie H. Cook, COKINOS / YOUNG, Las Cimas IV, 900 S. Capital of Texas Highway, Suite 425, Austin, Texas 78746.

RONALD J. LILLARD, Defendant, serves the following Answers to the Plaintiff's First set of Interrogatories.

Respectfully submitted,

**FLINT / GOULD P.L.L.C.**
555 N. Carancahua St., Tower II, Suite 1010
Corpus Christi, Texas 78401
Tel. (361) 994-9800
Fax. (361) 994-9801

By: /s/ Keith M. Gould
Keith M. Gould
State Bar No.: 00795885
Federal Bar No.: 22313
Email: kgould@gouldlawfirm.com

John S. Flint
State Bar No. 00796555
Federal Bar No. 28357
Email: jsf7140@aol.com

**ATTORNEYS FOR DEFENDANT,
RONALD J. LILLARD**

EXHIBIT E

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b) and Southern District of Texas Local Rule 5.5, I certify that a copy of this instrument was served on the attorneys of record electronically by via electronic mail on September 19, 2023.

***Via Email:*** scook@cokinoslaw.com
Stephanie H. Cook
COKINOS / YOUNG
*Counsel for Plaintiff, Santander Bank, N.A.*

***Via Email:*** spocsik@brockettmcneel.net
Stephen Pocsik
BROCKETT & McNEEL, LLP
*Counsel for Defendant, Basi Subaru, LLC and Pete Martinez, Jr.*

/s/ Keith M. Gould
Keith M. Gould

EXHIBIT E

## SANTANDER BANK, N.A.'S INTERROGATORIES TO JUDGEMENT DEBTORS EMPYREAN AUTO GROUP, LLC AND RONALD J. LILLARDB

**INTERROGATORY NO. 1:** Describe your business/occupation during the relevant time period, including but not limited to:

a) The nature of your business/occupation.

b) The name, address, and state of incorporation or organization of any corporate or other business entity you owned or operated during the relevant time period.

c) The shareholders, directors, officers, partners, members, managers, or other owners or operators of any entity identified in response to Interrogatory No. 1(b), above.

d) The name, address, and state of incorporation or organization of any parent, subsidiary, division, general partner, joint venture, or affiliate of any entity identified in response to Interrogatory No. 1 (b), above.

e) The name, address, and telephone number of all friends, family members, partners, or business associates with whom you engaged in any transaction during the relevant time period.

**ANSWER:**

    a. **Lawn service/Student Pilot, RLNA Holdings on point armory, PMRL Investments.**

    b. **Please refer to Defendant's Responses to Request for Production Exhibit "A" as well as RFP #11-1, 11-2 and 11-3 - Documents pertaining to property and business.**

    c. **Ronald Lillard, Pete Martinez, Nathan Allen Arn, .**

    d. **3615 S.P.I.D., Corpus Christi, Texas**
       **3917 W. Wall, Midland, Texas.**
       **14721 Attoyac Drive, Corpus Christi, Texas.**

    e. **Partner, Pete Martinez; Tel#: (432) 661-7492**
       **Partner, Nathan Allen Arn; Tel #: (361) 726-2553**

**INTERROGATORY NO. 2:** Identify and describe your revenue/income during the relevant time period, including but not limited to:

a) All sources of income, revenue, or remuneration of any kind, including payments for goods and services, interest income, operating income, payments on accounts receivables, commissions, agency fees, loan repayments, rents, royalties, license fees, dividends, distributions, payments relating to sales of assets, equipment, or inventory, payments on contracts, or any other payment or remuneration you received in connection with the operation of your business.

b) Income declared on state and federal income tax returns, and all related forms and schedules (including all amended returns, forms, and schedules) filed during or relating to the relevant time period.

c) Income from paystubs, W-2s, 1099s, and K-1s, including salary, wages, commissions, distributions, or other compensation or remuneration you received, whether as an employee, partner, member, shareholder, independent contractor, or otherwise, during the relevant time period.

d) Income identified on financial statements, balance sheets, income statements, cash flow statements, and loan applications prepared or submitted by you or on your behalf during the relevant time period.

**ANSWER:**

    a.    **Empyrean Auto Group, LLC.**

    b.    **Please refer to Defendant's Responses to Request for Production Exhibit "B"- 2015-2021 Income Tax Documents.**

    c.    **Please refer to Defendant's Responses to Request for Production Exhibit "B"- 2015-2021 Income Tax Documents.**

EXHIBIT E

    d.    **Please refer to Defendant's Responses to Request for Production Exhibit "D" – Financial Bank Statements.**

a. **Lawn Service**
b. **N/A**
c. **N/A**
d. **N/A**

a. **Private Jui jitsu lessons**
b. **N/A**
c. **N/A**
d. **N/A**

**INTERROGATORY NO.4:** Identify and describe your routine expenses, including but not limited to:

a) Operating costs.

b) Rental obligations

c) Payroll and benefits.

d) Outstanding loans.

e) Installment payments.

f) Mortgage payments.

g) Loan payments and financing charges on vehicles, boats, aircraft, equipment, and supplies.

h) Payments due under contracts.

i) Royalty payments and license fees.

j) Commissions owed to brokers, dealers, or representatives.

k) Legal, accounting, and other professional fees.

l) Advertising and marketing costs.

m) Other routine debts and expenses that occur on a regular basis.

**ANSWER:**    a.    None
                              b.    Apartment Lease - $1,285/mo
                              c.    None.

EXHIBIT E

      d.      None.
      e.      None.
      f.      None.
      g.      **PNC Auto Loan - $1,000/mo**
      h.      None.
      i.      None.
      j.      None.
      k.      **Legal Fees - $5,000**
      l.      None.
      m.     **Insurance - $215/mo**
                **Food - $650/mo**
                **Clothing - $300/mo**
                **Miscellaneous - $300/mo**
                **Gas - $800/mo**
                **Gym Membership - $85/mo**
                **Dog Food - $100/mo**
                **Health Care - $100/mo**
                **Cell Phone - $150/mo**
                **Flight Class – Avg. $1,500/mo**

**INTERROGATORY NO. 5:** Identify all documents evidencing your routine expenses referenced in Interrogatory No. 4, above.

**ANSWER:**     **Bank statements provided in RFP #2.**

**INTERROGATORY NO. 22:** Identify all documents evidencing your interest in any corporations, subsidiaries, limited liability companies, trusts, partnerships, or other business entity, referenced in Interrogatory No. 21, above.

**ANSWER:     Please refer to Defendant's Responses to Request for Production Exhibit "A" and RFP #11-1, 1-2, and 11-3– Documents pertaining to property and business.**

**INTERROGATORY NO. 30:** Identify any third party that currently possesses, owns, or controls that asset, in whole or in part, such as:

    a) Corporate affiliates, subsidiaries, parent companies, partners, or any other related corporate entity.

    b) Banks,, financial institutions, and brokerage firms.

    c) Accountants.

EXHIBIT E

    d) Business partners.

    e) Friends, family members, and associates with whom you conducted business during the relevant time period.

    f) Other individuals, institutions, and entities that hold your assets.

**ANSWER:** **Please refer to Defendant's Responses to Request for Production Exhibit "A" and RFP #11-1, 1-2, and 11-3– Documents pertaining to property and business.**

**INTERROGATORY NO. 31:** Identify the asset or assets possessed, owned, or controlled, in whole or in part, by the third parties referenced in Interrogatory No. 30, above.

**ANSWER:** **Defendant is unaware of any such assets.**

**INTERROGATORY NO. 32:** Identify all documents evidencing the asset or assets possessed, owned, or controlled, in whole or in part, by the third parties referenced in Interrogatory No. 31, above.

**ANSWER:** **Defendant is unaware of any such assets.**