# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803030395 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 30, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32067316110 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Auto Group, LLC |
| **Address:** | 5757 EVERHART RD |
| | CORPUS CHRISTI, TX 78413-3607 USA |

REGISTERED AGENT      FILING HISTORY      NAMES      MANAGEMENT      ASSUMED NAMES      ASSOCIATED ENTITIES      INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 816085270002 | Certificate of Formation | May 30, 2018 | May 30, 2018 | No | 2 |
| | 828766540002 | Certificate of Assumed Business Name | August 2, 2018 | August 2, 2018 | No | 2 |
| | 850581790002 | Certificate of Assumed Business Name | November 14, 2018 | November 14, 2018 | No | 1 |
| | 957608240001 | Public Information Report (PIR) | December 31, 2019 | March 20, 2020 | No | 1 |
| | 1019213800001 | Public Information Report (PIR) | December 31, 2020 | January 11, 2021 | No | 1 |
| | 1110076410001 | Public Information Report (PIR) | December 31, 2021 | January 10, 2022 | No | 1 |
| | 1242411830001 | Public Information Report (PIR) | December 31, 2022 | April 29, 2023 | No | 1 |
| | 1315796160001 | Public Information Report (PIR) | December 31, 2023 | December 19, 2023 | No | 1 |

[Order]   [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 803030395 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 30, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32067316110 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Auto Group, LLC |
| **Address:** | 5757 EVERHART RD |
| | CORPUS CHRISTI, TX 78413-3607 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

**Address**
This entity does not have an initial address record.

[ Order ]   [ Return to Search ]

---

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
# JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 803030395 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 30, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32067316110 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Auto Group, LLC |
| **Address:** | 5757 EVERHART RD |
| | CORPUS CHRISTI, TX 78413-3607 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 30, 2018 | Gesell Lillard | Managing Member | 5757 Everhart<br>Corpus Christi, TX 78413 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 803030395 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 30, 2018 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32067316110 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Auto Group, LLC |
| **Address:** | 5757 EVERHART RD |
| | CORPUS CHRISTI, TX 78413-3607 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Name | Address | | Inactive Date |
|---|---|---|---|
| Gesell Lillard | 5757 Everhart Corpus Christi, TX 78413 USA | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F



Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 805430914 02/21/2024
Document #: 1334961190009
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**LILLARD FAMILY RENTALS, LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

**Name:**
**STEPHANIE    LILLARD**

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**6210 S Padre Island Dr    Corpus Christi  TX  78412-78412**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

| Manager 1: | **JAMES    LILLARD NUCAMENDI** | Title: | **Manager** |
|---|---|---|---|
| Address: | **6210 S PADRE ISLAND DR    CORPUS CHRISTI TX, USA  78412** | | |
| Manager 2: | **RONALD   JAMES  LILLARD** | Title: | **Manager** |
| Address: | **6210 S PADRE ISLAND DR    CORPUS CHRISTI TX, USA  78412** | | |

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

EXHIBIT F

[The attached addendum, if any, is incorporated herein by reference.]

### Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**6210 S Padre Island Dr
Corpus Christi, TX 78412
USA**

### Organizer

The name and address of the organizer are set forth below.

**RONALD JAMES LILLARD            6210 S PADRE ISLAND DR CORPUS CHRISTI TX 78412**

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**RONALD JAMES LILLARD**

Signature of Organizer

**FILING OFFICE COPY**

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805430914 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 21, 2024 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32093834482 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | LILLARD FAMILY RENTALS, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 📄 | 1334961190009 | Certificate of Formation | February 21, 2024 | February 21, 2024 | No | N/A |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805430914 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 21, 2024 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32093834482 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | LILLARD FAMILY RENTALS, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

**Address**
6210 S Padre Island Dr
Corpus Christi, TX 78412
USA

[ Order ]  [ Return to Search ]

---

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805430914 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 21, 2024 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32093834482 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | LILLARD FAMILY RENTALS, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES   INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| February 21, 2024 | RONALD JAMES LILLARD | Manager | 6210 S PADRE ISLAND DR CORPUS CHRISTI, TX 78412 USA |
| February 21, 2024 | JAMES LILLARD NUCAMENDI | Manager | 6210 S PADRE ISLAND DR CORPUS CHRISTI, TX 78412 USA |

[ Order ]   [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805430914 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 21, 2024 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32093834482 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | LILLARD FAMILY RENTALS, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| STEPHANIE LILLARD | 6210 S Padre Island Dr<br>Corpus Christi, TX 78412-78412 USA | |

[Order] [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802701552 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 18, 2017 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063501483 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Investments LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 729022820002 | Certificate of Formation | April 18, 2017 | April 18, 2017 | No | 2 |
| | 892118180001 | Public Information Report (PIR) | December 31, 2018 | May 24, 2019 | No | 1 |
| | 864078405031 | Tax Forfeiture | January 25, 2019 | January 25, 2019 | No | 1 |
| | 873350090002 | Reinstatement | March 7, 2019 | March 7, 2019 | No | 2 |
| | 876488860002 | Certificate of Amendment | March 19, 2019 | March 19, 2019 | No | 3 |
| | 951737133844 | Tax Forfeiture | February 28, 2020 | February 28, 2020 | No | 1 |
| | 997528300002 | Reinstatement | September 22, 2020 | September 22, 2020 | No | 1 |
| | 1034101030001 | Public Information Report (PIR) | December 31, 2020 | March 12, 2021 | No | 1 |
| | 1158936964063 | Tax Forfeiture | June 24, 2022 | June 24, 2022 | No | 1 |

Order    Return to Search

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802701552 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 18, 2017 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063501483 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Investments LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

**Address**
**This entity does not have an initial address record.**

[Order]  [Return to Search]

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802701552 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 18, 2017 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063501483 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Investments LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT     FILING HISTORY     NAMES     MANAGEMENT     ASSUMED NAMES     ASSOCIATED ENTITIES     INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| March 12, 2021 | STEPHANIE RAMOS | DIRECTOR | 6210 s padre island dr<br>CORPUS CHRISTI, TX 78412 USA |
| March 12, 2021 | STEPHANIE RAMOS | MANAGER | 2820 S PADRE ISLAND DR SUITE 205<br>CORPUS CHRISTI, TX 78412 USA |

[ Order ]   [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802701552 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 18, 2017 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063501483 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Lillard Investments LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| STEPHANIE RAMOS | County Road 59 | |
| | Bishop, TX 78343 USA | |

[Order]    [Return to Search]

Instructions:
  🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106560 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319628 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| | | | |
| **Name:** | Premier Coverage LLC | | |
| **Address:** | 6210 S PADRE ISLAND DR | | |
| | CORPUS CHRISTI, TX 78412-4012 USA | | |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 🖊 | 1255587790002 | Certificate of Formation | June 9, 2023 | June 9, 2023 | No | 3 |

[ Order ]    [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106560 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319628 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Premier Coverage LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

**Address**
6210 South Padre Island Drive
Corpus Christi, TX 78412
USA

[Order]  [Return to Search]

---

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106560 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319628 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Premier Coverage LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| June 17, 2023 | Ronnie Lillard | Managing Member | 6210 South Padre Island Drive Corpus Christi, TX 78412 USA |

[Order] [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106560 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319628 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Premier Coverage LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| Ronnie Lillard | 6210 South Padre Island Drive<br>Corpus Christi, TX 78412 USA | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802058344 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 5, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055075744 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Sandy Gate Homes LLC
**Address:** 3615 S PADRE ISLAND DR
CORPUS CHRISTI, TX 78415 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 566712480002 | Certificate of Formation | September 5, 2014 | September 6, 2014 | No | 2 |
| | 577104490002 | Certificate of Assumed Business Name | November 3, 2014 | November 3, 2014 | No | 3 |
| | 630541880001 | Public Information Report (PIR) | December 31, 2015 | September 15, 2015 | No | 1 |
| | 712665200001 | Public Information Report (PIR) | December 31, 2016 | February 2, 2017 | No | 1 |
| | 732255250001 | Public Information Report (PIR) | December 31, 2016 | April 28, 2017 | No | 2 |
| | 781196520001 | Public Information Report (PIR) | December 31, 2017 | December 14, 2017 | No | 2 |
| | 885890030001 | Public Information Report (PIR) | December 31, 2018 | May 1, 2019 | No | 2 |
| | 942322930001 | Public Information Report (PIR) | December 31, 2019 | January 31, 2020 | No | 2 |
| | 1056599760001 | Public Information Report (PIR) | December 31, 2020 | June 5, 2021 | No | 1 |
| | 1127531330001 | Public Information Report (PIR) | December 31, 2021 | March 9, 2022 | No | 1 |
| | 1183577450001 | Public Information Report (PIR) | December 31, 2022 | October 3, 2022 | No | 1 |
| | 1296012170001 | Public Information Report (PIR) | December 31, 2023 | October 18, 2023 | No | 1 |

[Order]  [Return to Search]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802058344 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 5, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055075744 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| | | | |
| **Name:** | Sandy Gate Homes LLC | | |
| **Address:** | 3615 S PADRE ISLAND DR | | |
| | CORPUS CHRISTI, TX 78415 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

**Address**
**This entity does not have an initial address record.**

[Order]   [Return to Search]

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802058344 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 5, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055075744 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Sandy Gate Homes LLC |
| **Address:** | 3615 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78415 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| October 18, 2023 | RONALD LILLARD | | MEMBER | | 14721 ATTOYAC DR CORPUS CHRISTI, TX 78414 USA | |
| October 18, 2023 | RONALD LILLARD | | DIRECTOR | | 14721 ATTOYAC DR CORPUS CHRISTI, TX 78414 USA | |
| October 18, 2023 | PETE MARTNEZ | | MEMBER | | 14700 KOBYN LN GARDENDALE, TX 79758 USA | |
| October 18, 2023 | PETE MARTNEZ | | DIRECTOR | | 14700 KOBYN LN GARDENDALE, TX 79758 USA | |

[ Order ]  [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802058344 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | September 5, 2014 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32055075744 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Sandy Gate Homes LLC |
| **Address:** | 3615 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78415 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Ronald James Lillard | 3615 South Padre Island Drive<br>Corpus Christi, TX 78415 USA | |

[Order] [Return to Search]

---

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106563 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319610 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| | | | |
| **Name:** | Shoreway Investments LLC | | |
| **Address:** | 6210 S PADRE ISLAND DR | | |
| | CORPUS CHRISTI, TX 78412-4012 USA | | |

REGISTERED AGENT      FILING HISTORY      NAMES      MANAGEMENT      ASSUMED NAMES      ASSOCIATED ENTITIES      INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 📄 | 1255587790003 | Certificate of Formation | June 9, 2023 | June 9, 2023 | No | 3 |

[ Order ]   [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106563 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319610 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Shoreway Investments LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

**Address**

6210 South Padre Island Drive
Corpus Christi, TX 78412
USA

[ Order ]  [ Return to Search ]

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106563 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319610 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| | | | |
| **Name:** | Shoreway Investments LLC | | |
| **Address:** | 6210 S PADRE ISLAND DR | | |
| | CORPUS CHRISTI, TX 78412-4012 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| June 17, 2023 | Ronnie Lillard | Manager | 6210 South Padre Island Drive<br>Corpus Christi, TX 78412 USA |

[ Order ]  [ Return to Search ]

---

Instructions:

🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805106563 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 9, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32090319610 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | Shoreway Investments LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | | Inactive Date |
|---|---|---|---|
| Ronnie Lillard | 6210 South Padre Island Drive Corpus Christi, TX 78412 USA | | |

[Order]　[Return to Search]

___

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805324141 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 1, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32092707200 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | TEN STAR AUTO GROUP, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| 📄 | 1310244620004 | Certificate of Formation | December 1, 2023 | December 1, 2023 | No | N/A |

[ Order ]  [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805324141 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 1, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32092707200 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | TEN STAR AUTO GROUP, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

**Address**
6210 S Padre Island Dr
Corpus Christi, TX 78412
USA

[ Order ]   [ Return to Search ]

---

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

# TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 805324141 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 1, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32092707200 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | TEN STAR AUTO GROUP, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| December 1, 2023 | ROBERT LEE HODGES | Manager | 6210 S Padre Island Dr<br>Corpus Christi, TX 78412-78412 USA |

[ Order ]  [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F

## TEXAS SECRETARY of STATE
## JANE NELSON

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805324141 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | December 1, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32092707200 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | TEN STAR AUTO GROUP, LLC |
| **Address:** | 6210 S PADRE ISLAND DR |
| | CORPUS CHRISTI, TX 78412-4012 USA |

REGISTERED AGENT    FILING HISTORY    NAMES    MANAGEMENT    ASSUMED NAMES    ASSOCIATED ENTITIES    INITIAL ADDRESS

| Name | Address | | Inactive Date |
|---|---|---|---|
| ROBERT LEE HODGES | 6210 S Padre Island Dr<br>Corpus Christi, TX 78412-78412 USA | | |

[ Order ]   [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

EXHIBIT F