```
 1                CAUSE NO. 2:19-CV-00088
 2
    SANTANDER BANK, N.A.,          ) IN THE UNITED STATES
 3                                 ) DISTRICT COURT
              Plaintiff,           )
 4                                 )
    V.                             ) FOR THE
 5                                 )
    EMPYREAN AUTO GROUP, LLC,      )
 6  RONALD J. LILLARD and PETE     ) SOUTHERN DISTRICT OF
    MARTINEZ, JR.,                 ) TEXAS
 7                                 )
              Defendants.          ) CORPUS CHRISTI DIVISION
 8
 9
                 -------------------------------------
10
                    ORAL AND VIDEOTAPED DEPOSITION OF
11
                          PETE MARTINEZ, JR.
12
                          DECEMBER 12, 2023
13
                 -------------------------------------
14
15       ORAL DEPOSITION OF PETE MARTINEZ, JR., produced as
16  a witness at the instance of the PLAINTIFF, and duly
17  sworn, was taken in the above-styled and numbered cause
18  on December 12, 2023, from 10:02 a.m. to 12:08 p.m.,
19  before April Drake, CSR in and for the State of Texas,
20  reported by machine shorthand, pursuant to the Texas
21  Rules of Civil Procedure and the provisions stated on
22  the record or attached hereto.
23
24
25
```

MAGNA LEGAL SERVICES

EXHIBIT G

```
 1              A P P E A R A N C E S

 2   FOR THE PLAINTIFF: SANTANDER BANK, N.A.

 3        Abigail Chacon
          SBN #24105029
 4        Cokinos|Young
          900 S. Capital of Texas Hwy
 5        Ste 425
          West Lake Hills,TX78746
 6        Phone:512-615-1152

 7
     FOR THE DEFENDANT: BASIN SUBARU, LLC, RONALD J. LILLARD,
 8   AND PETE MARTINEZ, JR.

 9        Hal Brockett
          SBN #03046200
10        Brockett, McNeel & Pocsik, LLP
          P.O. Box 1841
11        Midland, TX 79702
          Phone:432-686-7743
12

13   ALSO PRESENT:
          Christopher Arreola, Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```



EXHIBIT G

```
                              INDEX

                                                                 PAGE

Appearances..........................................2

WITNESS
PETE MARTINEZ, JR....................................5

Signature and Changes...............................80

Reporter's Certificate..............................82


                             EXHIBITS

NO.    DESCRIPTION                                               PAGE

1      Personal Financial Statement                               18
2      Order to Cease and Desist                                  52
```



EXHIBIT G

```
 1                THE VIDEOGRAPHER:  We are now on the
 2   record.  This begins Video Tape Number 1, in the
 3   deposition of Pete Martinez, Jr., In the Matter of
 4   Santander Bank, N.A. versus Empyrean Auto Group, LLC.
 5                Today is December 12th, 2023, and the
 6   current time is 10:02 a.m.  This deposition is being
 7   taken at Brockett, McNeel and Pocsik, LLP, at the
 8   request of Cokinos and Young.
 9                The videographer today is Christopher
10   Arreola of MAGNA Legal Services, and the court reporter
11   is --
12                THE REPORTER:  April Drake.
13                THE VIDEOGRAPHER:  Abig -- Abigail Drake of
14   MAGNA Legal Services.  I'm so sorry.
15                THE REPORTER:  April.
16                MR. BROCKETT:  April.
17                THE REPORTER:  April.
18                THE VIDEOGRAPHER:  April Drake of MAGNA
19   Legal Services.
20                Would Counsel and all parties present and
21   state their appearances and who they represent.
22                MR. BROCKETT:  I'm Hal Brockett with
23   Brockett, McNeel and Pocsik, here representing Pete
24   Martinez, Jr.
25                MS. CHACON:  Abigail Chacon from Cokinos
```



EXHIBIT G

```
 1   and Young, representing Santander.
 2              THE VIDEOGRAPHER:  And will the court
 3   reporter please swear in the witness.
 4              THE REPORTER:  Yes.
 5              (Witness sworn.)
 6                  PETE MARTINEZ, JR.,
 7     having been first duly sworn, testified as follows:
 8                      EXAMINATION
 9   BY MS. CHACON:
10       Q.  Good morning, Mr. Martinez.
11       A.  Good morning.
12       Q.  Um, do you understand the oath you've just
13   taken has the same force and effect as if you were to
14   testify in court?
15       A.  Yes.
16       Q.  Okay.  And that you are to testify truthfully
17   under, uh, penalty of perjury?
18       A.  Yes.
19       Q.  Um, have you had your deposition taken before?
20       A.  Yes, a long time ago.
21       Q.  How -- how many times?
22       A.  Just once.
23       Q.  Okay.  Do you remember approximately the year?
24       A.  Um, I guess it was, like, 2007 or '08, give or
25   take.  I'm not -- not sure.
```



EXHIBIT G

```
 1   dissolved, or it's not -- so, we originally opened WTX
 2   Builders, and then -- and then we -- there was -- there
 3   was three partners in WTX Builders, and then WTX
 4   Builders merged to The House Builders with only two
 5   partners.
 6        Q.   Which was Fily Lazoya and yourself?
 7        A.   Yes.
 8        Q.   Who was the third person for WTX?
 9        A.   Ronnie, Ronnie Lillard.
10        Q.   Okay.  And you said WTX Builders is now
11   dissolved?
12        A.   Well, I think the company, the LLC itself is
13   still active, um, but when we switched to The House
14   Builders, we quit using that entity.
15        Q.   Okay.  But that entity doesn't have any assets,
16   doesn't have --
17        A.   No, ma'am.
18        Q.   Okay.  We'll go down to PMRL Investments, LLC.
19   It says you have 50 percent ownership interest.  It's
20   yourself and who else?
21        A.   Ronnie Lillard.  Ronald James Lillard.
22        Q.   Where is this company located, sir?
23        A.   It was, uh, at the same address as Basin
24   Subaru, the 3915 West Wall Street.
25        Q.   What was, um, PMRL Investments' business?
```



EXHIBIT G

```
 1        A.   That -- PMRL Investments would hold the
 2   property, um, that the dealerships sat on.
 3        Q.   Okay.  Um, does PMRL Investments, uh, hold any
 4   assets currently?
 5        A.   In -- yes, in Corpus Christi, I believe there's
 6   still two or three properties under PMRL Investments.
 7        Q.   Do you know the addresses of those companies?
 8        A.   I -- I can get you the addresses to those
 9   companies.  I don't know them right off the top of my
10   head.
11             MR. BROCKETT:  You mean the properties?
12             MS. CHACON:  Yes.  I apologize.  The
13   properties.
14        A.   The properties, yes, ma'am.
15             MS. CHACON:  Okay.  We'll be requesting
16   that.
17        A.   Well, you guys probably already have those
18   addresses, um, because that would come from Ronnie,
19   Ronnie Lillard.
20             MS. CHACON:  We'll be requesting that from
21   you.
22             MR. BROCKETT:  Then would you just send us
23   a letter?
24             MS. CHACON:  Will do.
25        Q.   BY MS. CHACON:  Uh, and then the members are
```



EXHIBIT G

```
 1   just you and Ronnie for PMRL?
 2        A.   PMRL.
 3        Q.   PMRL Investments?
 4        A.   Yes, ma'am.
 5        Q.   Um, okay.  And is that currently in good
 6   standing with the State of Texas?
 7        A.   I believe so.
 8        Q.   Okay.  Regarding PMRL Transport, was that also
 9   yourself and Ronnie?
10        A.   Yes, ma'am.
11        Q.   What did PMRL Transport do?
12        A.   So, PMRL Transport, at one time, we bought a
13   couple of 18-wheelers, and we were using that to
14   transport our own vehicles from the auto auctions to the
15   dealership.
16        Q.   Okay.  Um, does PMRL Transport still have those
17   18-wheelers?
18        A.   No.  So, the 18-wheeler that was in Midland was
19   sold.  Um, I don't remember the year, uh, for the -- for
20   the amount of the payoff on the loan on it.  And then
21   the 18-wheeler and trailer that was in Corpus, I believe
22   Ronnie still has and is running under -- I -- I'm not
23   sure if he's still running under PMRL Transport or not,
24   but he had -- he had that truck and trailer in Corpus
25   Christi.
```



EXHIBIT G

```
 1        A.   No.
 2        Q.   Are you aware of Ronnie selling any of his
 3   personal assets?
 4        A.   Not that know of.
 5        Q.   Okay.
 6             That is all I have for you today.  Um, I'll
 7   reserve in case there's any additional documents once
 8   I've received them from your Counsel.
 9             MS. CHACON:  I'll do a follow-up regarding
10   that.
11             MR. BROCKETT:  Send -- send a letter, and
12   we'll do it that way.  If we have any objection, we'll
13   let you know.
14             MS. CHACON:  I believe that's it.  Thank
15   you so much for your time, Mr. Martinez.  I really
16   appreciate it.
17             THE WITNESS:  Yes, ma'am.
18             MR. BROCKETT:  Since we're not in trial,
19   I'm going to reserve for trial, but I would certainly
20   reserve the right to follow up if any additional
21   questions are asked.
22             THE VIDEOGRAPHER:  We are going off record
23   at 12:08 p.m.
24             (Deposition concluded)
25
```



EXHIBIT G

Pete Martinez, Jr.  December 12, 2023
Page 80

```
 1              CHANGES AND SIGNATURE
 2   WITNESS NAME: PETE MARTINEZ, JR.
 3   DATE: December 12, 2023
 4   PAGE LINE      CHANGE            REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```



MAGNA LEGAL SERVICES

EXHIBIT G

```
 1              I, PETE MARTINEZ, JR., have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4                         _____
 5                              PETE MARTINEZ, JR.
 6   THE STATE OF _____)
 7   COUNTY OF _____)
 8
 9        Before me, _____, on this day
10   personally appeared PETE MARTINEZ, JR., known to me (or
11   proved to me under oath or through
12   _____) (description of identity
13   card or other document)) to be the person whose name is
14   subscribed to the foregoing instrument and acknowledged
15   to me that they executed the same for the purposes and
16   consideration therein expressed.
17        Given under my hand and seal of office this
18   _____ day of _____, _____.
19
20
21
22
23                         _____
                           NOTARY PUBLIC IN AND FOR
                           THE STATE OF _____
24                         COMMISSION EXPIRES: _____
25
```



EXHIBIT G

Pete Martinez, Jr.                                                December 12, 2023
                                                                         Page 82

```
1                      NO. 2:19-CV-00088
2  SANTANDER BANK, N.A.,          )  IN THE UNITED STATES
                                  )  DISTRICT COURT
3          Plaintiff,             )
                                  )
4  VS.                            )  FOR THE
                                  )
5  BASIN SUBARU, LLC, RONALD      )  SOUTHERN DISTRICT OF
   J. LILLARD, AND PETE           )  TEXAS
6  MARTINEZ, JR.,                 )
                                  )
7          Defendants.            )  CORPUS CHRISTI DIVISION
                                  )
8
9               REPORTER'S CERTIFICATION
            DEPOSITION OF PETE MARTINEZ, JR.
10                 DECEMBER 12, 2023
11
12      I, April Drake, Certified Shorthand Reporter in and
13 for the State of Texas, hereby certify to the following:
14      That the witness, PETE MARTINEZ, JR., was duly
15 sworn by the officer and that the transcript of the oral
16 deposition is a true record of the testimony given by
17 the witness;
18      That the amount of time used by each party at the
19 deposition is as follows:
20      Abigail Chacon - 01 HOUR:57 MINUTES
21      That pursuant to information given to the
22 Deposition officer at the time said testimony was taken,
23 the following includes counsel for all parties of
24 record:
25      Abigail Chacon, Attorney for Plaintiff
        Hal Brockett, Attorney for Defendant
```



EXHIBIT G

1　　　　I further certify that I am neither counsel for,
2　related to, nor employed by any of the parties or
3　attorneys in the action in which this proceeding was
4　taken, and further that I am not financially or
5　otherwise interested in the outcome of the action.
6　　　　　That the deposition was delivered in
7　accordance with Rule 203.3, and that a copy of this
8　certificate was served on all parties shown herein on
9　and filed with the Clerk.
10　　　　　Certified to by me this 19th day of December, 2023.
11
12
13　　　　　　　　　　　　　/s/ April Drake
　　　　　　　　　　　　　　April Drake, Texas CSR #8800
14　　　　　　　　　　　　　Expiration Date: 4/30/2025
　　　　　　　　　　　　　　MAGNA Legal Services
15
16
17
18
19
20
21
22
23
24
25