# Map



# Property Details

## Account

| | | | |
|---|---|---|---|
| **Property ID:** | 528889 | **Geographic ID:** | 3087-0001-0010 |
| **Type:** | Real | **Zoning:** | (*) - COMMERCIAL |
| **Property Use:** | AUTO AUTO DEALERSHIP | | |

## Location

| | |
|---|---|
| **Situs Address:** | 6210 S PADRE ISLAND DR CORPUS CHRISTI, TX 78412 |
| **Map ID:** | U-153 |
| **Mapsco:** | |
| **Legal Description:** | GULFGATE #4 BLK 1 LOT 1 |
| **Abstract/Subdivision:** | S3087 - GULFGATE #4 |
| **Neighborhood:** | S3087 |

## Owner

| | |
|---|---|
| **Owner ID:** | 805374 |
| **Name:** | SHOREWAY INVESTMENTS LLC |
| **Agent:** | |
| **Mailing Address:** | 6210 S Padre Island Dr<br>Corpus Christi, TX 78412-4012 |
| **% Ownership:** | 100.0% |
| **Exemptions:** | For privacy reasons not all exemptions are shown online. |

## 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | N/A (+) |
| **Improvement Non-Homesite Value:** | N/A (+) |
| **Land Homesite Value:** | N/A (+) |
| **Land Non-Homesite Value:** | N/A (+) |
| **Agricultural Market Valuation:** | N/A (+) |
| | |
| **Value Method:** | N/A |
| **Market Value:** | N/A (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| | |
| **Appraised Value:** | N/A (=) |
| **Homestead Cap Loss:** ❓ | N/A (-) |
| | |
| **Assessed Value:** | N/A |
| **Ag Use Value:** | N/A |

The Nueces County Appraisal District ("NCAD") is not the official record holder of property records in Nueces County, Texas.  NCAD provides "Deed History" on its website "as is" without warranty of any kind.

Information provided for research purposes only. Legal descriptions and acreage amounts are for appraisal district use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** SHOREWAY INVESTMENTS LLC **%Ownership:** 100.0%

| Entity | Description | Tax Rate | Market Value | Taxable Value | Estimated Tax | Freeze Ceiling |
|---|---|---|---|---|---|---|
| C03 | CITY OF CORPUS CHRISTI | N/A | N/A | N/A | N/A | N/A |
| CAD | APPRAISAL DISTRICT | N/A | N/A | N/A | N/A | N/A |
| GNU | NUECES COUNTY | N/A | N/A | N/A | N/A | N/A |
| HOSP | HOSPITAL DISTRICT | N/A | N/A | N/A | N/A | N/A |
| JRC | DEL MAR JR COLLEGE | N/A | N/A | N/A | N/A | N/A |
| RFM | FARM TO MKT ROAD | N/A | N/A | N/A | N/A | N/A |
| SE | CORPUS CHRISTI ISD | N/A | N/A | N/A | N/A | N/A |

**Total Tax Rate:** N/A

**Estimated Taxes With Exemptions:** N/A

**Estimated Taxes Without Exemptions:** N/A

## 🔖 Property Improvement - Building

**Description:** AUTO DEALERSHIP **Type:** COMMERCIAL **State Code:** F1 **Living Area:** 8,216.00sqft **Value:** N/A

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT | Assessed Value |
|---|---|---|---|---|---|---|
| STG | STORAGE | STGSAVG | | 2022 | 780.00 | N/A |
| SHOP | SHOP | SERVSGD | | 2013 | 4,674.00 | N/A |
| SHRM | SHOWROOM | SHWRMSGD | METAL | 2013 | 3,542.00 | N/A |
| CONC | CONCRETE PARKING AREA | * | | 2013 | 66,008.00 | N/A |
| CPY | CANOPY | SHWRMCGD | | 2013 | 792.00 | N/A |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|

| CL | COMMERCIAL LAND | 3.4430 | 149,979.23 | 0.00 | 0.00 | N/A | N/A |

EXHIBIT H

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|
| 2024 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2023 | $1,059,456 | $1,499,792 | $0 | $2,559,248 | $0 | $2,559,248 |
| 2022 | $1,082,626 | $1,499,792 | $0 | $2,582,418 | $0 | $2,582,418 |
| 2021 | $1,010,243 | $1,499,792 | $0 | $2,510,035 | $0 | $2,510,035 |
| 2020 | $1,040,785 | $1,499,792 | $0 | $2,540,577 | $0 | $2,540,577 |
| 2019 | $1,019,139 | $1,499,792 | $0 | $2,518,931 | $0 | $2,518,931 |
| 2018 | $1,019,139 | $1,055,854 | $0 | $2,074,993 | $0 | $2,074,993 |
| 2017 | $1,019,139 | $1,055,854 | $0 | $2,074,993 | $0 | $2,074,993 |
| 2016 | $1,019,139 | $1,049,855 | $0 | $2,068,994 | $0 | $2,068,994 |
| 2015 | $1,091,793 | $1,049,855 | $0 | $2,141,648 | $0 | $2,141,648 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 7/6/2023 | GWD | GENERAL WARRANTY DEED | PMRL INVESTMENTS LLC | SHOREWAY INVESTMENTS LLC | | | 2023024992 |
| 10/12/2016 | WDV | W/D & V/LN | ELL OF CORPUS CHRISTI REAL ESTATE LP | PMRL INVESTMENTS LLC | | | 2016043810 |