United States District Court
Southern District of Texas

**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SANTANDER BANK, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00069 |
| | § | |
| RONALD J. LILLARD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 52). The M&R recommends that the Court deny Defendants' motions to dismiss. *Id.* at 1. The M&R also recommends that the Court terminate Defendant Martinez's motion to dismiss, (D.E. 15), as a pending motion subject to reinstatement and consideration after the bankruptcy stay has been lifted. *Id.* at 1, n.1.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 52). Accordingly, the Court

**DENIES** Defendants' motions to dismiss, (D.E. 17; D.E. 29), and **ORDERS** the Clerk of Court

to terminate Defendant Martinez's motion to dismiss, (D.E. 15), as a pending motion subject to

reinstatement and consideration after the bankruptcy stay has been lifted.

       SO ORDERED.

                                    DAVID S. MORALES
                                    UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
         February 18, 2025